THE HONORABLE ROBERT S LASNIK

FILED ___ ENTERED
___ LODGED ___ RECEIVED

APR 17 2001 MR

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

CC· TO JUDGE ___ MR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NETWORK COMMERCE, INC , a Washington corporation,<br><br>Plaintiff,<br><br>v<br><br>PREVIEW SYSTEMS, a Delaware corporation,<br><br>Defendant | NO  C00-1790L<br><br>VOLUNTARY DISMISSAL WITH PREJUDICE |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Network Commerce, Inc hereby dismisses its claims against defendant Preview Systems, with prejudice and without costs to either party

DATED this 17th day of April 2001

PERKINS COIE LLP

By _____
Ramsey M Al-Salam, WSBA #18822

VOLUNTARY DISMISSAL
WITH PREJUDICE   - 1 -
[29833-8901/SL011060 082]

CV 00-01790 #00000004



LLP
40th Floor
98101-3099
888

THE HONORABLE ROBERT S LASNIK

```
_____ FILED TO JUDGE _____ ENTERED
_____ LODGED _____ RECEIVED

       APR 1 7 2001  MR

           AT SEATTLE
      CLERK U.S. DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NETWORK COMMERCE, INC , a Washington corporation, <br><br> Plaintiff, <br><br> v <br><br> PREVIEW SYSTEMS, a Delaware corporation, <br><br> Defendant | NO  C00-1790L <br><br> CERTIFICATE OF SERVICE |

I, Ronni Burke, do hereby swear that on this 17th day of April 2001, I caused a true and correct copy of *Voluntary Dismissal with Prejudice*, along with a *Certificate of Service*, to be served on counsel for defendant via facsimile and U S mail as follows

> Donald P Gagliardi
> BERGESON & ELIOPOULOS LLP
> 55 Almaden Blvd , Suite 400
> San Jose, CA 95113
> (408) 297-6000 (*fax*)

*/s/ Ronni Burke*
Ronni Burke

CERTIFICATE OF SERVICE   - 1 -
[29833-8901/SL011060 090]

PERKINS COIE LLP
1201 Third Avenue, 40th Floor
Seattle, Washington 98101-3099
(206) 583-8888